SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
Julia Philips Roth (SBN 324987)
(julia.roth@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (*pro hac vice* pending)
(cpersons@sidley.com)
Juliana Hoffman (*pro hac vice* pending)
(jhoffman@sidley.com)
Jeri Leigh Miller (*pro hac vice* pending)
(jeri.miller@sidley.com)
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*,<br><br>  Debtors.[1] | Case No. 20-50682 (MEH)<br><br>Chapter 11 (Joint Administration Requested)<br><br>Assigned to the Hon. M. Elaine Hammond<br><br>**APPLICATION FOR ORDER APPROVING DESIGNATION OF LAWRENCE R. PERKINS AS RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1**<br><br>[No Hearing Required] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Wave Computing, Inc. (4264), MIPS Tech, Inc. (8247), Hellosoft, Inc. (8640), Wave Computing (UK) Limited (None), Imagination Technologies, Inc. (6967), Caustic Graphics, Inc. (7272), and MIPS Tech, LLC (2161). The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

| | |
|---|---|
| 1 | Wave Computing, Inc. ("Wave") and its debtor affiliates, as debtors and debtors in possession |
| 2 | (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby |
| 3 | submit this Application (the "Application"), pursuant to Rule 4002-1 of the Bankruptcy Local Rules |
| 4 | for the United States District Court for the Northern District of California (the "Local Bankruptcy |
| 5 | Rules"), for entry of an order appointing Lawrence R. Perkins as the individual with primary |
| 6 | responsibility for the duties and obligations of each of the Debtors during the Chapter 11 Cases (the |
| 7 | "Responsible Individual"). |
| 8 | By this Application, the Debtors seek to appoint Lawrence Perkins, the Chief Restructuring |
| 9 | Officer of Wave, as the Responsible Individual for each Debtor in accordance with Bankruptcy Local |
| 10 | Rule 4002-1. |

Mr. Perkins' contact information is:
Lawrence R. Perkins
SierraConstellation Partners LLC
355 S. Grand Ave.
Suite 1450
Los Angeles, CA 90071
Tel: 213-289-9061
Email: lperkins@scpllc.com

**WHEREFORE** the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: April 27, 2020

SIDLEY AUSTIN LLP

*/s/ Samuel A. Newman*
Samuel A. Newman

*Proposed Attorneys for Debtors and
Debtors in Possession*

2
APPLICATION TO APPOINT RESPONSIBLE INDIVIDUAL

# EXHIBIT A
# PROPOSED ORDER

APPLICATION TO APPOINT RESPONSIBLE INDIVIDUAL
EXHIBIT A

SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
Julia Philips Roth (SBN 324987)
(julia.roth@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (*pro hac vice* pending)
(cpersons@sidley.com)
Juliana Hoffman (*pro hac vice* pending)
(jhoffman@sidley.com)
Jeri Leigh Miller (*pro hac vice* pending)
(jeri.miller@sidley.com)
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Proposed Attorneys for Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*,<br><br>   Debtors.[1] | Case No. 20-50682 (MEH)<br><br>Chapter 11 (Joint Administration Requested)<br><br>Assigned to the Hon. M. Elaine Hammond<br><br>**ORDER APPROVING DESIGNATION OF LAWRENCE R. PERKINS AS RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1**<br><br>[No Hearing Required] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Wave Computing, Inc. (4264), MIPS Tech, Inc. (8247), Hellosoft, Inc. (8640), Wave Computing (UK) Limited (None), Imagination Technologies, Inc. (6967), Caustic Graphics, Inc. (7272), and MIPS Tech, LLC (2161). The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

Upon the application (the "Application"),[2] dated April 27, 2020 of Wave Computing, Inc. ("Wave") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules"), for entry of an order appointing Lawrence R. Perkins as the individual with primary responsibility for the duties and obligations of each of the Debtors during the Chapter 11 Cases (the "Responsible Individual"); and this Court having reviewed the Application; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Lawrence R. Perkins, Chief Restructuring Officer of Wave, is hereby appointed as the Responsible Individual for each Debtor during these Chapter 11 Cases pursuant to Bankruptcy Local Rule 4002-1.

3. Mr. Perkins' contact information is:

> Lawrence R. Perkins
> SierraConstellation Partners LLC
> 355 S. Grand Ave.
> Suite 1450
> Los Angeles, CA 90071
> Tel: 213-289-9061
> Email: lperkins@scpllc.com

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.