SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
Julia Philips Roth (SBN 324987)
(julia.roth@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (*pro hac vice* pending)
(cpersons@sidley.com)
Juliana Hoffman (*pro hac vice* pending)
(jhoffman@sidley.com)
Jeri Leigh Miller (*pro hac vice* pending)
(jeri.miller@sidley.com)
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*,<br><br>   Debtors.[1] | Case No. 20-50682 (MEH)<br><br>Chapter 11 (Joint Administration Requested)<br><br>Assigned to the Hon. M. Elaine Hammond<br><br>**NOTICE OF HEARING ON SHORTENED TIME AND PROPOSED AGENDA FOR FIRST DAY MOTIONS AND FIRST DAY HEARING** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Wave Computing, Inc. (4264), MIPS Tech, Inc. (8247), Hellosoft, Inc. (8640), Wave Computing (UK) Limited (None), Imagination Technologies, Inc. (6967), Caustic Graphics, Inc. (7272), and MIPS Tech, LLC (2161). The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

|   |   |
|---|---|
|   | )<br>) Hearing Scheduled:<br>) Date: April 28, 2020<br>) Time:    2:00 p.m. (Pacific Time)<br>) Place:   280 South 1st St.<br>)              San Jose, CA 95113-3099<br>)<br>) |

**PLEASE TAKE NOTICE** that on April 27, 2020 (the "Petition Date"), Wave Computing, Inc. ("Wave") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Jose Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing is scheduled for April 28, 2020 at 2:00 p.m. (Prevailing Pacific Time) (the "First Day Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, in 11 on the 3rd Floor at 280 S 1st St., San Jose, CA 95113.

**PLEASE TAKE FURTHER NOTICE** that a proposed agenda with respect to the First Day Hearing is set forth below. At the First Day Hearing, the Court will hear the motions and applications filed by the Debtors and listed in Section II of the proposed agenda below (the "First Day Motions"). Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' proposed notice and claims agent, Donlin Recano & Company, Inc. ("Donlin Recano"), at is www.donlinrecano.com/wavecomp center toll free at: 1-877-476-4390 or submit an inquiry via e-mail to wavecompinfo@donlinrecano.com.

Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the First Day Motions shall be filed and served so as to be actually received on or prior to April 28, 2020 at 12:00 p.m. (Prevailing Pacific Time).

**AGENDA FOR FIRST DAY HEARING ON APRIL 28, 2020 AT 2:00 p.m.**[2]

I. **Introduction/Opening Statement**

- Sam Newman (Sidley Austin, LLP)
- Charles Persons (Sidley Austin, LLP)

II. **Motions and Applications to Be Heard at First Day Hearing**

    a. **Administrative and Procedural Motions**

        i. **Joint Administration Motion**. Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases [Dkt. No. 2].

        ii. **Creditor Matrix and Notice of Commencement Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 342(a), and 521(a)(1) and Fed. R. Bankr. P. 1007 and 2002 for Entry of Order (I) Waiving the Requirements to File Lists of Creditors and Equity Holders and Granting Related Relief; and (II) Authorizing and Approving Procedures for Providing Notice of the Commencement of Chapter 11 Cases [Dkt. No. 3].

        iii. **Motion for Extension of Time to File Schedules and Statements**. Motion of Debtors Pursuant to 11 U.S.C. §§ 521(a) and 105(a) and Fed. R. Bankr. P. 1007(c) for Entry of Order (I) Extending Time to File Schedules of Assets and Liabilities, (II) Statements of Financial Affairs, and (III) Schedules of Executory Contracts and Unexpired Leases [Dkt. No. 4].

        iv. **Oversize Briefing Motion**. Motion of Debtors Pursuant to B.L.R. 9013-1(c) For Entry of Order Authorizing Oversize Briefing for Certain First Day Motions [Dkt. No. 5].

        v. **Motion to Appoint Claims, Noticing and Solicitation Agent**. Debtors' Application Pursuant to 28 U.S.C. §§ 156(c) and 105(a) for Appointment of Donlin Recano & Company, Inc. as Claims and Noticing Agent [Dkt. No. 7].

            1. Declaration of Nellwyn Voorhies in Support of Debtors' Application for Appointment of Donlin Recano & Company, Inc., as Claims and Noticing Agent [Dkt. No. 7, Exhibit B].

    b. **Operational Motions**

        i. **Utilities Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 366 and 105(a), For Entry of Orders (I) Prohibiting the Utility Providers from Altering, Refusing or Discontinuing Services, (II) Determining Adequate Assurance of

---

[2] Docket entry numbers relate to Case Number [●] unless otherwise indicated.

Payment for Postpetition Services; and (III) Establishing Procedures for Determining Adequate Assurance [Dkt. No. 8].

ii. **Employee Wages and Benefits Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and Benefits; (II) Maintain Employee Benefits Programs and Pay Related Administrative Obligations; and (III) Authorize Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers [Dkt. No. 9].

iii. **Insurance Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. Bankr. P. 4001, 6003, and 6004 for Interim and Final Orders (I) Authorizing the Debtors to Maintain Insurance Policies, Workers' Compensation Program, and Pay All Obligations With Respect Thereto; and (II) Granting Relief From the Automatic Stay with Respect to Workers' Compensation Claims [Dkt No. 10].

iv. **Cash Management Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I)(A) Authorizing Continuation of Debtors' Existing Cash Management System, (B) Authorizing Continued Intercompany Transactions, and (C) Granting Related Relief [Dkt. No. 11].

v. **Motion to Seal Exhibit B of Debtors' Critical Vendor Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 107(b) for Entry of an Order Authorizing the Sealing of Exhibit B to the Critical Vendor Motion [Dkt. No. 12].

vi. **Critical Vendor Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503 For Entry of Orders (I) Authorizing the Payment of Cricital Vendors; and (II) Granting Related Relief [Dkt. No. 13].

vii. **DIP Financing Motion**. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief [Dkt. No. 14].

1. Declaration of Lawrence R. Perkins in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling Final Hearing, and (V) Granting Related Relief [Dkt. No. 15].

III. **OTHER FILED DOCUMENTS THE COURT MAY CONSIDER**:

   a. Declaration of Lawrence R. Perkins in Support of First Day Motions and Related Relief [Dkt. No. 16].

   b. The Voluntary Chapter 11 Petitions of:

   - Wave Computing, Inc. [Dkt. No. 1]
   - Wave Computing (UK) Limited, Case No. 20-50686 [Dkt. No. 1]
   - MIPS Tech, Inc., Case No. 20-50683 [Dkt. No. 1]
   - MIPS Tech, LLC, Case No. 20-50692 [Dkt. No. 1]
   - Hellosoft, Inc., Case No. 20-50685 [Dkt. No. 1]
   - Caustic Graphics, Inc., Case No. 20-50690 [Dkt. No. 1]
   - Imagination Technologies, Inc., Case No. 20-50689 [Dkt. No. 1]

   c. Any other document filed in these Chapter 11 Cases and related Adversary Proceedings

Dated: April 27, 2020                    Respectfully submitted,

                                         SIDLEY AUSTIN LLP

                                         */s/ Samuel A. Newman*
                                         Samuel A. Newman

                                         Proposed Attorneys for Debtors and
                                         Debtors in Possession