CLERK'S NOTICE RE FIRST DAY MOTIONS SET FOR HEARING ON APRIL 28, 2020, 2:00 p.m.  Counsel for parties, members of the press and public may attend the webinar as nonparticipating attendees at the following link:

You are invited to a Zoom webinar.
When: Apr 28, 2020 02:00 PM Pacific Time (US and Canada)
Topic: Judge Hammond 2:00 PM

Please click the link below to join the webinar:
https://www.zoomgov.com/j/1611959583?pwd=d3MxUnpSODZzTGJ5VU9uUmlpL1lDQT09
Password: 140230

Or iPhone one-tap :
   US: +16692545252,,1611959583#  or +16468287666,,1611959583#
Or Telephone:
   Dial(for higher quality, dial a number based on your current location):
      US: +1 669 254 5252  or +1 646 828 7666
   Webinar ID: 161 195 9583
   International numbers available: https://www.zoomgov.com/u/a4IN0aFhc

Counsel who intend to enter an appearance are requested to notify Anna Rosales, Anna_Rosales@canb.uscourts.gov, of the party they will be appearing on behalf of and the attorney name and firm information.

PLEASE NOTE: Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). *See* ND Cal General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including screenshots or other visual copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

Please see https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.