SSL LAW FIRM LLP
Ivo Keller (SBN 245909)
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone: (415) 814-6400
Facsimile: (415) 814-6401
E-mail: ivo@ssllawfirm.com

*Attorneys for Creditor,*
WATER TOWER FEE OWNER, LLC,
a Delaware limited liability company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*<br><br>Debtors. | Case No. 20-50682 (MEH)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that WATER TOWER FEE OWNER, LLC, a Delaware limited liability company ("Water Tower"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

Ivo Keller, Esq.
SSL Law Firm LLP
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Phone: (415) 814-6400
Facsimile: (415) 814-6401
Email: ivo@ssllawfirm.com

{2089-00143/00999069;} 1
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Water Tower's: (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Water Tower is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 29, 2020    SSL LAW FIRM LLP

By:  /s/ Ivo Keller
     Ivo Keller, Esq.

*Attorneys for Creditor,*
WATER TOWER FEE OWNER, LLC,
a Delaware limited liability company