SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
Julia Philips Roth (SBN 324987)
(julia.roth@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (*pro hac vice* pending)
(cpersons@sidley.com)
Juliana Hoffman (*pro hac vice* pending)
(jhoffman@sidley.com)
Jeri Leigh Miller (*pro hac vice* pending)
(jeri.miller@sidley.com)
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 20-50682 (MEH) |
| WAVE COMPUTING, INC., *et al.*, | Chapter 11 (Joint Administration Requested) |
| Debtors.[1] | **DECLARATION OF SAMUEL A. NEWMAN IN SUPPORT OF WAVE COMPUTING, INC.'S AMENDED PETITION** |
| | Related to Docket Nos.: 1 and 55 |
| | Judge: Honorable M. Elaine Hammond |
| | [No hearing required] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Wave Computing, Inc. (4264), MIPS Tech, Inc. (8247), Hellosoft, Inc. (8640), Wave Computing (UK) Limited (None), Imagination Technologies, Inc. (6967), Caustic Graphics, Inc. (7272), and MIPS Tech, LLC (2161). The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

I, Samuel A. Newman, declare:

1. I am a Partner of Sidley Austin LLP ("Sidley").  Sidley is the proposed counsel for Wave Computing, Inc. ("Wave").

2. On April 27, 2020, Wave filed its petition in the above-captioned chapter 11 case before this Court [Dkt. No. 1] (the "Petition").

3. On May 1, 2020, Wave filed an amended petition (the "Amended Petition") [Dkt. No. 55]. Due to a typographical error, the incorrect tax identification number was listed on the Petition. To correct the typographical error, Wave filed an Amended Petition.

4. The correct tax identification number for Wave is 26-3864264.

5. No other changes were made to the Amended Petition except as set forth in paragraph 4, above.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of May, 2020 at Manhattan Beach, California.

                                                                      */s/Samuel A. Newman*
                                                                      Samuel A. Newman