JEFFREY D. CAWDREY (SBN: 120488)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: jcawdrey@grsm.com

Attorneys for Avnet, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

WAVE COMPUTING, INC.,

    Debtor.

CASE NO. 20-50682

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**TO: THE DEBTOR AND ITS ATTORNEY OF RECORD, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002, 3017, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Gordon Rees Scully Mansukhani, LLP hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the following office, address, email and telephone number.

/ / /

/ / /

/ / /

JEFFREY D. CAWDREY
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: jcawdrey@grsm.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of Avnet, Inc.'s:

(a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge or Bankruptcy Appellate Panel;

(b) Right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which it is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, plan, disclosure statement, complaint, demand,

Gordon Rees Scully Mansukhani, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

answers or reply papers, made by the debtor or any third party in the bankruptcy case or any adversary proceedings or contested matters herein, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telecopy, facsimile, electronic mail, personal delivery or other means.

Dated: May 7, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Jeffrey D. Cawdrey*
Jeffrey D. Cawdrey
Attorneys for Avnet, Inc.

3
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2020.

_____
Sylvia Durazo