2
MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (CA SBN 330150)
Trial Attorney
JASON SHORTER (VA SBN 80929)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
280 South First Street, Ste. 268
San Jose, California 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: jason.blumberg@usdoj.gov
       jason.b.shorter@usdoj.gov

Attorneys for James L. Snyder,
Acting United States Trustee for Region 12[1]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>**WAVE COMPUTING, INC.**, *et al.*,<br><br>Debtors. | Bankruptcy Case<br>No. 20-50682 MEH<br><br>Chapter 11<br>(Lead Case) |

**AMENDED APPOINTMENT OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**
(Amended to reflect resignation of PFIL North America Inc.)

Pursuant to 11 U.S.C. § 1102(a), James L. Snyder, Acting United States Trustee for Region 12, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the case of Wave Computing, Inc. (Case No. 20-50682):[2]

---

[1] James L. Snyder, Acting United States Trustee for Region 12, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who has recused herself.

[2] This appointment is not made in the other jointly administered cases.

1

Case: 20-50682    Doc# 855    Filed: 12/02/20    Entered: 12/02/20 16:33:33    Page 1 of 2

1. **SYNOPSYS, INC.**
   Representative: Ean Sewell
   690 E. Middlefield Rd.
   Mountain View, CA 94043-4010
   Ean.Sewell@synopsys.com

2. **AVNET, INC.**
   Representative: Dennis Losik
   2211 S. 47th Street
   Phoenix, AZ 85034
   Dennis.losik@avnet.com

3. **ENSILICA INDIA PVT LTD.**
   Representative: Ramesha Doddamane
   Ensilica India Pvt Ltd
   #2064, 2nd Floor, Siri Iris, 24th Main
   1st Sector, Hsr Layout
   Bengaluru 560102, India
   pm.suresh@ensilica.com
   Ramesha.doddamane@ensilica.com

Dated: December 2, 2020

    James L. Snyder
    Acting United States Trustee, Region 12

    By: /s/ Jason Blumberg
    JASON BLUMBERG
    Trial Attorney for the
    United States Trustee