SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
Julia Philips Roth (SBN 324987)
julia.roth@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (admitted *pro hac vice*)
cpersons@sidley.com
Juliana Hoffman (admitted *pro hac vice*)
jhoffman@sidley.com
Jeri Leigh Miller (admitted *pro hac vice*)
jeri.miller@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*,<br><br>    Debtors.* | Case No. 20-50682 (MEH)<br><br>Chapter 11 (Jointly Administered)<br><br>**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL** |

---

* The Debtors and debtors in possession in the above-captioned chapter 11 cases are Wave Computing, Inc. ("Wave"), MIPS Tech, Inc., Hellosoft, Inc., Wave Computing (UK) Limited, Imagination Technologies, Inc., Caustic Graphics, Inc., and MIPS Tech, LLC (collectively, "Debtors").

1

On November 6, 2020, this Court issued its Order Denying Objection to Claim of Avago Technologies International Sales Pte. Ltd ("Avago"). *See* Bankr. Dkt. No. 714 (the "Order"). On November 20, 2020, Debtors timely filed their notice of appeal from the Order and elected to have the appeal heard by the U.S. District Court for the Northern District of California. Bankr. Dkt. No. 815. Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), Debtors and Appellants respectfully submit their: (i) designation of the items to be included in the record on appeal; and (ii) a statement of the issues to be presented.

## **DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Debtors hereby designate the following items to be included in the record on appeal:

| File Date | Dkt. No. | Description |
|---|---|---|
| 09/28/2020 | 552 | Debtors' Objection Pursuant to 11 U.S.C. § 502(b) to Claim Filed by Avago ("Claim Objection") |
| 09/28/2020 | 552-1 | **Exhibit A** to Debtors' Claim Objection – Proof of Claim No. 31-1 filed by Avago |
| 09/28/2020 | 552-2 | **Exhibit B** to Debtors' Claim Objection – Proposed Order |
| 09/28/2020 | 552-4 | **Exhibit D** to Debtors' Claim Objection – Letter from Frank Ostojic to Sanjai Kohli, dated April 14, 2020 |
| 09/28/2020 | 553 | Declaration of Sanjai Kohli in Support of Debtors' Claim Objection |
| 10/14/2020 | 598 | Response of Avago to Debtors' Claim Objection |
| 10/14/2020 | 599 | Declaration of Vijay Janapaty in Support of Response of Avago to Debtors' Claim Objection |
| 10/21/2020 | 642 | Debtors' Reply to Response of Avago to Debtors' Claim Objection |
| 10/27/2020 | 677 | Supplemental Declaration of Vijay Janapaty in Support of Response of Avago to Debtors' Claim Objection |
| 11/06/2020 | 714 | Order Denying Objection to Claim of Avago (Claim 31) |
| 11/20/2020 | 815 | Debtors' Notice of Appeal and Statement of Election to Have Appeal Heard by District Court |

1

| File Date | Dkt. No. | Description |
|---|---|---|
| 12/02/2020 | 851 | Transcript of Proceedings before the Honorable M. Elaine Hammond, dated October 28, 2020 |
| **Documents Subject to Sealing Order [Dkt. No. 580] and Forthcoming Motion for District Court to Accept Documents Under Seal Pursuant to Fed. R. Bankr. P. 8009(f)** | | |
| 09/28/2020 | 552-3 | **Exhibit C** to Debtor's Claim Objection – Agreement by and between Wave and Avago, dated June 8, 2018 [FILED UNDER SEAL] |
| 10/02/2020 | 566 | Proposed Document Filed Under Seal – Agreement by and between Wave and Avago, dated June 8, 2018 [UNREDACTED VERSION] |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

In June 2018, Wave and Avago entered into a development agreement and related statement of work, which called for Avago to design and create the prototype for an application-specific integrated circuit ("ASIC") chip. The agreement set forth certain milestones, and ultimately provided for a total development fee of $25 million. Wave paid Avago $12.5 million shortly after entering into the contract. However, in April 2020, Avago terminated the agreement (purportedly for cause) and invoked a liquidated damages provision. Even though it had not yet incurred substantial development costs (*e.g.*, for third-party services rendered), Avago demanded full payment of the remaining $12.5 million under the contract. Wave refused to provide such a windfall, given that Avago's anticipated profits related to the development of the ASIC chip were (at most) an additional $2 million beyond the sum already paid. After Debtors filed their chapter 11 petitions, Avago filed its proof of claim based on Wave's alleged breach of contract. Wave objected to the claim, but the Bankruptcy Court denied relief. The issues presented for review are:

1. Whether the Bankruptcy Court erred in denying Debtors' objection to Avago's proof of claim, where the liquidated damages provision did not bear a reasonable relationship to the range of actual damages that the parties could have anticipated would flow from a breach and was, thus,

2

unenforceable under California Civil Code § 1671(b).

2. Whether the Bankruptcy Court erred in denying Debtors' objection to Avago's proof of claim, where the vast majority of anticipated actual damages were related to expected revenue from future sales—a form of consequential or indirect liability expressly foreclosed under the parties' agreement.

Dated:  December 4, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Samuel A. Newman*
Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
Julia Philips Roth (SBN 324987)
julia.roth@sidley.com
555 West Fifth Street
Los Angeles, CA 90013
Telephone:   213.896.6000
Facsimile:   213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (*admitted pro hac vice*)
cpersons@sidley.com
Juliana Hoffman (*admitted pro hac vice*)
jhoffman@sidley.com
Jeri Leigh Miller (*admitted pro hac vice*)
jeri.miller@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:   214.981.3300
Facsimile:   214.981.3400

*Attorneys for Debtors
and Debtors in Possession*