Michael W. Malter (SBN 96533)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: michael@bindermalter.com
Email: rob@bindermalter.com

Attorneys for Tallwood Technology Partners, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WAVE COMPUTING, INC., *et al.*,<br><br>Debtors[1], | Case No. 20-50682 MEH<br><br>Chapter 11 (Jointly Administered)<br><br>**JOINDER OF TALLWOOD TECHNOLOGY PARTNERS, LLC TO (A) DEBTORS' EMERGENCY MOTION FOR ORDER (I) ENFORCING PROTECTIONS OF 11 U.S.C. §§ 362 AND 525(a), AND (II) GRANTING RELATED RELIEF AND (B) MOTION OF DEBTORS PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EMERGENCY MOTION FOR ORDER (I) ENFORCING PROTECTIONS OF 11 U.S.C. § § 362 AND 525(a), AND (II) GRANTING RELATED RELIEF**<br><br>Related to Docket Nos.: 1192, 1196<br>Date: February 26, 2021<br>Time: 11:00 a.m. (Pacific Time)<br>Judge: Honorable M. Elaine Hammond<br>Hearing via Zoom Video |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Wave Computing, Inc. (4264), MIPS Tech, Inc. (8247), Hellosoft, Inc. (8640), Wave Computing (UK) Limited (None), Imagination Technologies, Inc. (6967), Caustic Graphics, Inc. (7272), and MIPS Tech, LLC (2161). The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

JOINDER  1

Secured creditor, DIP lender, and successful bidder after auction Tallwood Technology Partners, LLC ("Tallwood") LLC hereby joins in the request for the relief sought in the (i) *Debtors' Emergency Motion for Order (I) Enforcing Protections of 11 U.S.C. §§ 362 and 525(a), and (II) Granting Related Relief* [Docket No. 1192] (the "525(a) Motion")[2] and (ii) *Motion of Debtors Pursuant to B.L.R. 9006-1 for Order Shortening Time for Hearing on Debtors' Emergency Motion for Order (I) Enforcing Protections of 11 U.S.C. §§ 362 and 525(a), and (II) Granting Related Relief* [Docket No. 1196] (the "Shorten Time Motion" and, together with the 525(a) Motion, the "Motions"), filed contemporaneously herewith.

Tallwood's understanding is that the effective date of the Plan is being delayed by nothing more than the refusal of the DSOS to issue good standing certificates. Closing had initially been planned for February 18, 2021. Tallwood stands ready, willing and able to fund the $5.1 million Exit Facility as soon as all conditions for the Plan's effective Date have been met.

Mr. Perkins is absolutely correct when he says that "[a]s a condition to the occurrence of the Effective Date and the Debtors entering into the contemplated Exit Facility (as such terms are defined in the Plan), the Debtors must deliver certificates of good standing from the State of Delaware (the "Good Standing Certificates").[3] Other financing documents implementing the Plan also require certificate of good standing for good reason: the hard-fought benefits and protections for which the Committee negotiated would be undermined if left with the choice of waiving the good standing requirement or supporting a back-up bid that may yield less than half of the Plan's dividend to creditors.

Tallwood is equally concerned with the consequences of the DSOS's failure to issue good standing certificates. Tallwood negotiated for the standard condition that the reorganized debtors, for whom it bid almost $60 million, be in good standing. Tallwood should not now be forced to decide whether to allow the sale to go to the back-up bidder or close a sale for entities not in good standing in Delaware, limited in their ability to sue, to appear in court and potentially to fulfill their duties as reorganized debtors under the Plan.

---

[2] Capitalized terms used but not defined in this joinder (this "Joinder") shall have the meanings ascribed to such terms in the 525(a) Motion.

[3] Declaration of Lawrence R. Perkins in Support of The Debtors' Emergency 525(A) Motion, 3:11-14.

JOINDER 2

This Court has the power to issue an order granting the Motion and eliminate the bureaucratic entropy that seems to have seized the DSOS. Tallwood respectfully requests that it do so and grant the Motions.

Dated: February 25, 2021 BINDER & MALTER LLP

/s/ *Robert G. Harris*
Robert G. Harris

Attorneys for Tallwood Technology Partners, LLC