1  SIDLEY AUSTIN LLP
   Samuel A. Newman (SBN 217042)
2  (sam.newman@sidley.com)
   Genevieve G. Weiner (SBN 254272)
3  (gweiner@sidley.com)
   Julia Philips Roth (SBN 324987)
4  (julia.roth@sidley.com)
   555 West Fifth Street
5  Los Angeles, CA 90013
   Telephone: 213.896.6000
6  Facsimile: 213.896.6600

7  SIDLEY AUSTIN LLP
   Charles M. Persons (admitted *pro hac vice*)
8  (cpersons@sidley.com)
   Juliana Hoffman (admitted *pro hac vice*)
9  (jhoffman@sidley.com)
   Jeri Leigh Miller (admitted *pro hac vice*)
10 (jeri.miller@sidley.com)
   2021 McKinney Avenue
11 Suite 2000
   Dallas, TX 75201
12 Telephone: 214.981.3300
   Facsimile: 214.981.3400

13

   *Attorneys for Debtors and Debtors in*
14 *Possession*

15              **UNITED STATES BANKRUPTCY COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                      **SAN JOSE DIVISION**

18

19 In re:                                )  Case No. 20-50682 (MEH)
                                          )  Chapter 11 (Jointly Administered)
20 WAVE COMPUTING, INC., *et al.*,        )
                                          )  **NOTICE OF MOOTNESS REGARDING**
21 Debtors.[1]                            )  **DEBTORS' EMERGENCY MOTION FOR**
                                          )  **ORDER (I) ENFORCING PROTECTIONS**
22                                        )  **OF 11 U.S.C. §§ 362 AND 525(A), AND (II)**
                                          )  **GRANTING RELATED RELIEF**
23                                        )
                                          )  Related to Docket Nos.: 1192, 1196
24                                        )
                                          )  Dated:   February 26, 2021
25                                        )
                                          )
26                                        )

---

[1] The Debtors in these chapter 11 cases are Wave Computing, Inc., MIPS Tech, Inc., Hellosoft, Inc., Wave Computing (UK) Limited, Imagination Technologies, Inc., Caustic Graphics, Inc., and MIPS Tech, LLC. The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on February 10, 2021, after proper notice and hearing, this Court confirmed the *Sixth Amended Joint Chapter 11 Plan of Reorganization for Wave Computing, Inc. and its Debtor Affiliates* [Docket No. 1129] (the "Plan").[2]

**PLEASE TAKE NOTICE** that as a precondition to the Plan's Effective Date, Wave Computing, Inc. ("Wave") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") were required to obtain the Good Standing Certificates.

**PLEASE TAKE NOTICE** that on February 24, 2021, the Debtors filed their (i) *Emergency Motion For Order (I) Enforcing Protections of 11 U.S.C. §§ 362 and 525(a), and (II) Granting Related Relief* [Docket No. 1191] (the "525(a) Motion"); (ii) *Declaration of Lawrence R. Perkins In Support of The Debtors Emergency 525(A) Motion* [Docket No. 1192]; (iii) *Declaration of Winnie Yeung Concerning Certificate of Service On The Delaware Secretary of State* [Docket No. 1194]; and (iv) *Declaration of Genevieve G. Weiner In Support of The Debtors Emergency Motion For Order (I) Enforcing Protections of 11 U.S.C. §§ 362 and 525(a), and (II) Granting Related Relief* [Docket No. 1195] (collectively, the "525(a) Pleadings") so that they may obtain the Good Standing Certificates as a precondition to the Plan going effective.

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2021, the Debtors filed the *Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time For Hearing On Debtors Emergency Motion For Order (I) Enforcing Protections of 11 U.S.C. §§362 and 525(a), and (II) Granting Related Relief* [Docket No. 1196] (the "Motion to Shorten Notice"), and the *Declaration of Lawrence R. Perkins In Support of Motion of Debtors To Shorten Time For Hearing On Debtors Motion For Entry of An Order (I) Enforcing The Protections of 11 U.S.C. §§362 and 525(a), and (II) Granting Related Relief* [Docket No. 1197] concurrently with the 525(a) Pleadings, which sought an emergency hearing on the 525(a) Motion to expedite the Debtors' consummation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that on February 24, 2021, the Court entered an order

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan or 525(a) Motion.

[Docket No. 1202] which granted the Motion to Shorten Notice and set the hearing for the 525(a) Motion on February 26, 2021 at 11:00 a.m. (Prevailing Pacific Time) (the "525(a) Hearing").

**PLEASE TAKE FURTHER NOTICE** that, since the filing of the 525(a) Motion, the Debtors have worked with the DSOS to resolve the dispute concerning the payment of the Franchise Fees and Good Standing Certificates.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have agreed with the DSOS to pay only (a) those Franchise Fees that both (i) accrued and (ii) became payable after the Petition Date on account of Debtor MIPS Tech Inc. in the amount of $46,199.13, and (b) certain de minimis administrative fees payable in the ordinary course for reporting requirements.

**PLEASE TAKE FURTHER NOTICE** that the DSOS has issued the Good Standing Certificates.

**PLEASE TAKE FURTHER NOTICE** that the relief requested in the 525(a) Motion is moot and the 525(a) Hearing can be taken off calendar.

Dated: February 26, 2021

Respectfully submitted,
SIDLEY AUSTIN LLP

/s/ Samuel A. Newman
Samuel A. Newman
Genevieve G. Weiner
Juliana Hoffman

*Attorneys for Debtors and Debtors in Possession*