SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
Genevieve G. Weiner (SBN 254272)
(gweiner@sidley.com)
Julia Philips Roth (SBN 324987)
(julia.roth@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

SIDLEY AUSTIN LLP
Charles M. Persons (admitted *pro hac vice*)
(cpersons@sidley.com)
Juliana Hoffman (admitted *pro hac vice*)
(jhoffman@sidley.com)
Jeri Leigh Miller (admitted *pro hac vice*)
(jeri.miller@sidley.com)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WAVE COMPUTING, INC., *et al.*,<br><br>Debtors.[1] | ) Case No. 20-50682 (MEH)<br>)<br>) Chapter 11 (Jointly Administered)<br>)<br>) **NOTICE OF THE OCCURRENCE OF**<br>) **THE EFFECTIVE DATE FOR DEBTORS'**<br>) **CONFIRMED SIXTH AMENDED JOINT**<br>) **CHAPTER 11 PLAN OF**<br>) **REORGANIZATION FOR WAVE**<br>) **COMPUTING, INC. AND ITS DEBTOR**<br>) **AFFILIATES**<br>)<br>) Related to Docket Nos.: 1129, 1172 |

[1] The Debtors in these chapter 11 cases are Wave Computing, Inc., MIPS Tech, Inc., Hellosoft, Inc., Wave Computing (UK) Limited, Imagination Technologies, Inc., Caustic Graphics, Inc., and MIPS Tech, LLC. The Debtors' mailing address is 3201 Scott Blvd, Santa Clara, CA 95054.

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on February 16, 2021, the Honorable M. Hammond, United States Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California (the "Court") entered the *Corrected Order Confirming The Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Wave Computing, Inc. And Its Debtor Affiliates* [Docket No. 1172] (the "Confirmation Order") confirming the *Sixth Amended Joint Chapter 11 Plan of Reorganization for Wave Computing, Inc. and its Debtor Affiliates* [Docket No. 1129] (the "Plan")[2] of Wave Computing, Inc. ("Wave") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the terms and conditions to consummate the Plan have been satisfied.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on February 26, 2021.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order, the Plan and its provisions, including, without limitation, all of the settlement, release, injunction, and related provisions set forth in Article IX of the Plan (unless a valid opt-in election was not made), are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against or an Interest in the Debtors, and such holder's respective successors and assigns, whether or not the Claim or the Interest of such holder is Impaired under the Plan, and whether or not such holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment

---

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

2

of Administrative Expense Claims must be filed no later than, (i) with respect to General Administrative Expense Claims other than those that were accrued in the ordinary course of business, **March 28, 2021**, or (ii) with respect to Professional Claims, **April 12, 2021** (together, the "Administrative Expense Claims Bar Dates").  Holders of General Administrative Expense Claims and Professional Claims that are required to file and serve a request for such payment of such Claims that do not file and serve such a request by the applicable Administrative Expense Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Claims against the Debtors, the Reorganized Debtors or their Estates and property, and such Claims shall be deemed discharged as of the Effective Date without the need for any objection from the Reorganized Debtors or any action by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the entry of the Confirmation Order, the occurrence of the Effective Date, or the closing of these Chapter 11 Cases, and without limiting any other retention of jurisdiction set forth in the Confirmation Order, pursuant to sections 105 and 1142 of the Bankruptcy Code, the Court, except as otherwise explicitly provided in the Plan or Confirmation Order, shall retain jurisdiction over all matters arising out of, and related to, the Chapter 11 Cases to the fullest extent permitted by law, including, but not limited to, jurisdiction over the matters set forth in Article XII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these Chapter 11 Cases can be viewed and/or obtained (i) by accessing the Bankruptcy Court's website at https://www.canb.uscourts.gov/; or (ii) free of charge from the Debtors' notice and claims agent Donlin Recano, & Company at: https://www.donlinrecano.com/Clients/wave/Dockets.

//

//

3

Dated: February 26, 2021

Respectfully submitted,

SIDLEY AUSTIN LLP

_/s/ Jeri Leigh Miller_
Samuel A. Newman
Genevieve G. Weiner
Jeri Leigh Miller

_Attorneys for Debtors
and  Debtors in
Possession_